UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re

    Irina Chatkhan,

                      Debtor.

Chapter 11

Case No. 09-51286-CEC

---------------------------------------------------------X

## SCHEDULING ORDER

      Upon the motion of Semyon Gutarts and Roman Narovlianski filed on May 26, 2010 seeking relief from the automatic stay imposed by 11 U.S.C. § 362(a) (the "Lift Stay Motion"), the opposition of Irina Chatkhan (the "Debtor") to the Lift Stay Motion, and the record established at a hearing held on August 5, 2010; it is hereby

      ORDERED, that the Debtor, Semyon Gutarts, and Roman Narovlianski appear on September 7, 2010 at 10:00 a.m. in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201 for an evidentiary hearing regarding the applicability of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*, to the mortgages upon which the Lift Stay Motion is based; and it is further

      ORDERED, that the parties' pre-trial briefs, if any, shall be filed and served on or before September 1, 2010; and it is further

      ORDERED, that the Court will not adjourn the trial or excuse the appearance by either party or its counsel unless a stipulation of settlement resolving this matter in its entirety is filed with the Clerk of the Court prior to September 7, 2010 at 10:00 a.m.; and it is further

      ORDERED, that failure to appear at trial or to comply with any provision of this order may result in the Court imposing sanctions in the form of striking the untimely pre-trial brief, awarding costs or attorneys' fees, preclusion of evidence or arguments, and/or other appropriate penalties.



**Dated: Brooklyn, New York
August 16, 2010**

                                                            /s/ Carla E. Craig
                                                             **Carla E. Craig
                                                      United States Bankruptcy Judge**