UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:                                                    CHAPTER 11

Irina Chatkahn,                                           CASE NO. 09-51286-cec
                          Debtor.
------------------------------------------------------x

**ORDER FIXING TIME FOR DISCOVERY AND SETTING TRIAL DATE**

Roman Narovlianski and Semyon Gutarts ("Movants"), by their attorneys, Rosenberg, Musso & Weiner LLP, having requested a hearing before the Court on issues concerning discovery in the contested matter before the Court of Movants' motion for relief from the stay, and the matter having come before the Court on August 26, 2010, and Movants having appeared before the Court by Rosenberg Musso & Weiner, LLP, by Bruce Weiner, Esq., and the Debtor having appeared by Karamvir Dahiya, Esq., and Leonid Chatkhan having appeared by Wayne Greenwald, Esq., and upon the record of the hearing on August 26, 2010, it is hereby,

ORDERED, that the Debtor will serve a written response to Movants' Request for Production of documents on August 31, 2010, and Leonid Chatkahn shall serve a written response to Movants' Request on or before September 2, 2010; and it is further

ORDERED, that the Debtor and Leonid Chatkhan shall produce all of the documents requested by Movants on or before September 15, 2010, and the parties shall agree on dates for depositions to be held after production of the documents; and it is further

ORDERED, that the evidentiary hearing in this matter scheduled by this Court's August 16, 2010 order is adjourned from September 7, 2010, to October 26, 2010 at 10:00 a.m. and to be continued on October 28, 2010 at 10:00 a.m., and the Debtor, Semyon Gutarts, and Roman Narovlianski must appear on that date and time; and it further

ORDERED, that the parties' pre-trial briefs, if any, shall be filed and served on or before October 19, 2010 at 5:00 p.m.; and it is further

ORDERED, that the Court will not adjourn the trial or excuse the appearance by either party or its counsel unless a stipulation of settlement resolving the matter in its entirety is filed with the Clerk of the Court prior to October 26, 2010 at 9:30 a.m.; and it is further

ORDERED, that failure to comply with any provision of this order or failure to appear at trail may result in the Court imposing sanctions in the form of striking the untimely pre-trial brief, awarding costs or attorneys' fees, preclusion of evidence or arguments, and/or other appropriate penalties.



**Dated: Brooklyn, New York**
**September 9, 2010**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**