**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
                                                     Case No. 1-09-51286-cec
In Re.

    **IRINA CHATKHAN.**

        **CHAPTER 13**
        **Converted to Chapter 11**
-------------------------------------------------------------------X
IRINA CHATKHAN,

        Plaintiff,                        Adv. No. 10-1126-cec

  -against-

ROMAN NAROVLIANSKI, SEMYON GUTARTRS,
And MAGIC LAND CAPITAL,

        Defendants.
-------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the notice of motion and motion for an order approving the proposed contracts of sale was served upon the parties listed below, by first class, in accordance with the Federal Rules of Bankruptcy Procedure on this 1st day of April 28, 2011.


Notice to:


```
Diana G. Adams
Office of the United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201-1833

Roman Narovlyanski
c/o Bruce Weiner
Rosenberg Musso & Weiner LLP
26 Court Street, Suite 2211
Brooklyn, NY 11242

Semyon Gutartz
c/o Bruce Weiner
```