**Dahiya Law Offices LLC**
**350 Broadway Suite 412**
**New York New York 10013**
Tel: 212 766 8000
Fax: 212 766 8001
August 3, 2011

Chief Judge Carla E. Craig
United States Bankruptcy Court
Eastern District New York
Brooklyn, NY 11201

        Re: Irina Chakthan: 09-51286 (CEC)
        Sale Order Issues,
        Right of Set Off, Lost Opportunity, Reasons for this bankruptcy.

Dear Judge:

        I am the attorney for the debtor, in the aforesaid bankruptcy proceeding. It is in reference to the sale of the apartments and payments to the Towers Inc. (Coop closing cost and Attorneys fees).

        There is nothing exceptional about this creditor. They are like other creditors and have also filed their "Proof of Claim." All creditors are being paid as per claim processing, after the sale, and after all the claims have been agitated and settled. It is unclear, as to, what entitles Coop to have a special exemption! Coop Liens are there and they attach to the proceeds, they will be entitled and be given their proper share.

        The debtor was a victim of State Court fight between the Coop Board and Jhally & Jhally Contracting Company, Leonid Chatkhan about some construction work on the building. Ex. A.

        Debtor had contracted to sell 14h and 14I apartment to Diana Levina and Sergey Genkin in 2009. The contract price for these apartments together was $425,000 for 14 H and $675,000 for 14 I ( a total of 1.1 million) The buyers were very approvable buyers. They were doctors. They were already shareholders within the building. However out of malice, the buyers were refused the sale. Coop wanted seller, Irina Chatkhan, to lose her apartments. There is a state court litigation about it (012302/2009, Kings County, Supreme Court). I am attaching an affidavit of Irina Chatkhan which was filed here in this case. There is a clear right of set off and there are claims against the coop. Had the approved of the sale, the debtor would have been in this circumstance. Now we must just all the sale to go ahead and let the proceeds be escrowed and given parties an opportunity to fight about the claims. Thank you for your consideration.

                            */s/karamvir s. dahiya*
                    Sincerely:_____
                         Karamvir S. Dahiya, Esq.